**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:13-cv-01015

Andrew Scheffee,

      Plaintiff/Movant,

Bluestem Brands, Inc. d/b/a Fingerhut; and
DOES 1-10, inclusive,

      Defendants.

---

## COMPLAINT

---

For this Complaint, the Plaintiff, Andrew Scheffee, by undersigned counsel, states as

follows:

## JURISDICTION

1. This action arises out of Defendants' repeated violations of the Telephone

   Consumer Protection Act, 47 U.S.C. § 227, et seq. (the "TCPA").

2. This Court has original jurisdiction over Plaintiff's TCPA claims. Mims v. Arrow

Fin. Serv., LLC, 132 S.Ct. 740 (2012).

3. Supplemental jurisdiction exists pursuant to 28 U.S.C. § 1367.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that

Defendants transact business here and a substantial portion of the acts giving rise to this action

occurred here.

## PARTIES

5. Plaintiff, Andrew Scheffee ("Plaintiff"), is an adult individual residing in Peyton,

Colorado.

6.      Defendants Bluestem Brands, Inc. d/b/a Fingerhut ("Bluestem"), is a Delaware business entity with an address of 1209 Orange Street, Wilmington, Delaware 09801.

7.      Does 1-10 (the "Agents") are individual agents employed by Bluestem and whose identities are currently unknown to the Plaintiff.  One or more of the Agents may be joined as parties once their identities are disclosed through discovery.

8.      Bluestem at all times acted by and through one or more of the Agents.

## FACTS

9.      Beginning on or around March 20, 2013, Defendants contacted Plaintiff by placing calls to Plaintiff's cellular phone using an automated telephone dialer system with an artificial or prerecorded voice (hereafter "Robocalls").

10.     Each of Defendants' Robocalls would give approximately four seconds of silence until a live representative would connect into the call.

11.     On several occasions, Plaintiff stayed on the line to speak with a live representative.

12.     During these conversations, Plaintiff requested that Defendants cease all calls to his cellular phone as Plaintiff would pay Defendants when he could do so.

13.     Despite such requests, Defendants continued to hound Plaintiff with approximately three to five Robocalls per day.

### A. Plaintiff Suffered Actual Damages

14.     The Plaintiff has suffered and continues to suffer actual damages as a result of the Defendants' unlawful conduct.

15.     As a direct consequence of the Defendants' acts, practices and conduct, the Plaintiff suffered and continues to suffer from humiliation, anger, anxiety, emotional distress, fear, frustration and embarrassment.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT –

### 47 U.S.C. § 227, et seq.

16.     The Plaintiff incorporates by reference all of the above paragraphs of this

Complaint as though fully stated herein.

17.     Defendants contacted Plaintiff using an automatic telephone dialing system and/or

by using a prerecorded or artificial message on a cellular telephone of 47 U.S.C. §

227(b)(1)(A)(iii).

18.     Plaintiff revoked his consent to be contacted by Defendants on his cellular

telephone by his repeated demands to cease calling his cellular telephone.

19.     The calls from Defendants to Plaintiff were not placed for "emergency purposes"

as defined by 47 U.S.C. § 227(b)(1)(A)(i).

20.     Each of the aforementioned calls made by Defendants constitutes a negligent or

intentional violation of the TCPA, including each of the aforementioned provisions of 47 U.S.C.

§ 227, et. seq.

21.     As a result of each of Defendants' negligent violations of the TCPA, Plaintiff is

entitled to an award of $500.00 in statutory damages for each call in violation of the TCPA

pursuant to 47 U.S.C. § 227(b)(3)(B).

22.     As a result of each of Defendants' knowing and/or willful violations of the TCPA,

Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 for each and

every violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

23.     The Plaintiff is entitled to damages as a result of the Defendants' violations.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays that judgment be awarded in his favor and

against the Defendants as follows:

1. Statutory damages pursuant to 47 U.S.C. § 227(b)(3)(B) & (C);

2. Attorney's costs and fees; and

3. Such other and further relief as may be just and proper.

### TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: April 18, 2013

Respectfully submitted,

By __/s/ Lark Fogel_____

Lark Fogel, Esq.

Of Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424

Law Office of Lark Fogel
Bar Number: 030383
lfogel@lemberglaw.com
Attorneys for Plaintiff

Plaintiff:
Andrew Scheffee
20925 Oasis Avenue
Peyton, Colorado 80831