**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:13-cv-01015-LTB

Andrew Scheffee,

     Plaintiff/Movant,

Bluestem Brands, Inc. d/b/a Fingerhut; and
DOES 1-10, inclusive,

     Defendants.

---

**NOTICE OF SETTLEMENT**

---

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: May 28, 2013

          Respectfully submitted,

          By   */s/ Lark Fogel*

          Lark Fogel, Esq.

          Of Counsel To:

          LEMBERG & ASSOCIATES L.L.C.
          1100 Summer Street, 3rd Floor
          Stamford, CT 06905
          Telephone: (203) 653-2250
          Facsimile:  (203) 653-3424

          Law Office of Lark Fogel
          Bar Number: 030383
          lfogel@lemberglaw.com
          Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2013, a true and correct copy of the foregoing was emailed and deposited in the United States mail, postage prepaid, addressed to the following:

E-Mail: Erin.Hoffman@faegrebd.com

By  */s/ Lark Fogel*_____
Lark Fogel, Esq.