**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-01015-LTB

ANDREW SCHEFFEE,

    Plaintiff,

v.

BLUESTEM BRANDS, INC., doing business as Fingerhut, and
DOES 1-10, inclusive,

    Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice Pursuant to Rule 41(a) (Doc 7 - filed July 24, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                              s/ Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: July 26, 2013